# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

Note: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| | |
|---|---|
| CLEARBROOK, an Illinois corporation, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. |
| ) | |
| ROOFLIFTERS, LLC; ROOFLIFTERS HOLDING ) | FILED: JUNE 6, 2008 |
| CORP.; ROOFLIFTERS EQUIPMENT LLC; ) | 08CV3276 |
| ROOFLIFTERS GENERAL CONTRACTING LLC; ) | JUDGE KOCORAS |
| and JOHN DOES 1-10, ) | MAGISTRATE JUDGE COX |
| ) | |
| Defendants. ) | EDA |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

ROOFLIFTERS, LLC; ROOFLIFTERS HOLDING CORP.; ROOFLITERS EQUIPMENT LLC; ROOFLIFTERS GENERAL CONTRACTING LLC.

| | |
|---|---|
| Name (Type or print) <br> **Stephanie W. Tipton** | |
| Signature (Use electronic signature if the appearance form is filed electronically) <br> **/s/Stephanie W. Tipton** | |
| Firm <br> **Litchfield Cavo LLP** | |
| Street Address <br> **303 West Madison Street, Suite 300** | |
| City/State/Zip <br> **Chicago, IL 60606** | |
| Id Number (see Item 3 in Instructions) <br> **06270738** | Telephone Number <br> **312-781-6636** |
| Are you acting as lead counsel in this case? | Yes ☐   No. ☒ |
| Are you acting as local counsel in this case? | Yes ☐   No. ☒ |
| Are you a member of this Court's Trial Bar? | Yes ☐   No. ☒ |
| If this Case reaches Trial, Will you act as the Trial Attorney? | Yes ☐   No. ☒ |