U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                              Case Number: 08 CV 3276

CLEARBROOK, an Illinois corporation,
v.
ROOFLIFTERS, LLC; ROOFLIFTERS HOLDING CORP.,
ROOFLIFTERS EQUIPMENT LLC; ROOFLIFTERS
GENERAL CONTRACTIGN LLC and JOHN DOES 1-10

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

ROOFLIFTERS, LLC; ROOFLIFTERS HOLDING CORP., ROOFLIFTERS EQUIPMENT LLC; ROOFLIFTERS GENERAL CONTRACTIGN LLC

| NAME (Type or print) |
| --- |
| ERIN A. POTEMPA |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Erin A. Potempa |
| FIRM |
| LITCHFIELD CAVO LLP |
| STREET ADDRESS |
| 303 WEST MADISON STREET, SUITE 300 |
| CITY/STATE/ZIP |
| CHICAGO, ILLINOIS 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6283772 | 312-781-6570 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| --- | --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☑