IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CLEARBROOK, an Illinois corporation, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 08 CV 3276 |
| ) | |
| ROOFLIFTERS, LLC; ROOFLIFTERS HOLDING ) | Judge Kocoras |
| CORP.; ROOFLIFTERS EQUIPMENT LLC; ) | |
| ROOFLIFTERS GENERAL CONTRACTING LLC; ) | Magistrate Judge Cox |
| and JOHN DOES 1-10, ) | |
| ) | |
| Defendants. ) | |

**UNOPPOSED MOTION FOR AN EXTENSION OF TIME
TO ANSWER OR OTHERWISE PLEAD**

Defendants Rooflifters, LLC, Rooflifters Holding Corp., Rooflifters Equipment LLC and Rooflifters General Contracting LLC ("Defendants"), by and through their attorneys, Litchfield Cavo, LLP, move this Honorable Court for an extension of time to answer or otherwise plead and in support thereof, respectfully state as follows:

1. Plaintiff Clearbrook is a not-for-profit business incorporated in and having its principal place of business in Illinois.

2. Defendants are businesses incorporated in and having their principal places of business in Florida.

3. On April 2, 2008, Clearbrook filed a three-count Class Action Complaint in the Circuit Court of Cook County, Illinois (Case No. 08 CH 12377). Defendants have not yet responded to the Complaint nor have any rulings been made on this case.

4. Defendants removed this lawsuit to this Court on June 6, 2008.

5.     Defendants request 28 days, or until July 7, 2008, to Answer or otherwise plead, so that Defendants counsel can fully review the case prior to responding or otherwise pleading to Plaintiff's Class Action Complaint.

**WHEREFORE**, Defendants Rooflifters, LLC, Rooflifters Holding Corp., Rooflifters Equipment LLC and Rooflifters General Contracting LLC hereby move this Honorable Court for an extension of time to answer or otherwise plead until July 7, 2008.

Dated: June 9, 2008                                    /s/ Stephanie W. Tipton
                                                                By: An Attorney for Defendant

Alan I. Becker (00147524)
Stephanie W. Tipton (06270738)
Erin A. Potempa (06283772)
LITCHFIELD CAVO, LLP
303 West Madison Street, Suite 300
Chicago, IL  60606
312-781-6622 (Becker)
312-781-6636 (Tipton)
312-781-6570 (Potempa)
312-781-6630 (fax)