IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CLEARBROOK, an Illinois corporation, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ROOFLIFTERS, LLC; ROOFLIFTERS HOLDING ) <br> CORP.; ROOFLIFTERS EQUIPMENT LLC; ) <br> ROOFLIFTERS GENERAL CONTRACTING LLC; ) <br> and JOHN DOES 1-10, ) <br> ) <br> Defendants. ) | Case No. 08 CV 3276 <br><br> Judge Kocoras <br><br> Magistrate Judge Cox |

## **DEFENDANTS' LOCAL RULE 3.2 STATEMENT**

Defendants, Rooflifters, LLC; Rooflifters Holding Corp.; Rooflifters Equipment LLC; Rooflifters General Contracting, LLC are a privately held entities.  They do not have any publicly held affiliates.

Dated: July  _2_ , 2008               /s/ Stephanie W. Tipton_____
                    By:  An Attorney for Defendants


Alan I. Becker (00147524)
Stephanie W. Tipton (06270738)
Erin A. Potempa (06283772)
LITCHFIELD CAVO, LLP
303 West Madison Street, Suite 300
Chicago, IL  60606
312-781-6622 (Becker)
312-781-6636 (Tipton)
312-781-6570 (Potempa)
312-781-6630 (fax)

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CLEARBROOK, an Illinois corporation, )<br>)<br>   Plaintiff, )<br>)<br>v.  )<br>)<br>ROOFLIFTERS, LLC; ROOFLIFTERS HOLDING )<br>CORP.; ROOFLIFTERS EQUIPMENT LLC; )<br>ROOFLIFTERS GENERAL CONTRACTING )<br>LLC; and JOHN DOES 1-10, )<br>)<br>   Defendants. ) | Case No. 08 CV 3276 |

## NOTICE OF FILING

To:   Daniel A. Edelman
      Cathleen M. Combs
      James A. Latturner
      Tara Goodwin
      Julie Clark
      Edelman, Combs, Latturner & Goodwin, LLC
      120 S. LaSalle St., 18th Fl.
      Chicago, IL 60603

   Please take notice that on July 2, 2008   the undersigned filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, Defendants' Local rule 3.2 Statement, a true and correct copy of which is attached hereto and hereby served upon you.

Dated July 2, 2008

                              Respectfully submitted,

                              ROOFLIFTERS, LLC; ROOFLIFTERS
                              HOLDING CORP.; ROOFLIFTERS
                              EQUIPMENT LLC; ROOFLIFTERS GENERAL
                              CONTRACTING LLC,
                              Defendant


                        By:      /s/ Stephanie W. Tipton
                              One of Its Attorneys

1

## **CERTIFICATE OF SERVICE**

I, Stephanie W. Tipton, an attorney, under oath, certify that I served a copy of Defendants' Local rule 3.2 Statement upon:

Daniel A. Edelman
Cathleen M. Combs
James A. Latturner
Tara Goodwin
Julie Clark
Edelman, Combs, Latturner & Goodwin, LLC
120 S. LaSalle St., 18th Fl.
Chicago, IL 60603

by causing copies of the same to be placed in U.S. mail, postage pre-paid this 2nd day of July, 2008

                                                                /s/ Stephanie W. Tipton
                                                                 Stephanie W. Tipton

Alan I. Becker (00147524)
Stephanie W. Tipton (06270738)
Erin A. Potempa (06283772)
LITCHFIELD CAVO LLP
303 West Madison Street, Suite 300
Chicago, IL  60606
312-781-6636 (Tipton)
312-781-6630 (fax)