**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| CLEARBROOK, an Illinois corporation, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 08 CV 3276 |
| | ) | |
| ROOFLIFTERS, LLC; ROOFLIFTERS HOLDING | ) | Judge Kocoras |
| CORP.; ROOFLIFTERS EQUIPMENT LLC; | ) | |
| ROOFLIFTERS GENERAL CONTRACTING LLC; | ) | Magistrate Judge Cox |
| and JOHN DOES 1-10, | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS ROOFLIFTERS, LLC; ROOFLIFTERS HOLDING CORP.; ROOFLIFTERS EQUIPMENT, LLC  MOTION TO DISMISS COUNTS II AND III OF PLAINTIFF'S CLASS ACTION COMPLAINT

Defendants, Rooflifters, LLC; Rooflifters Holding Corp.; Rooflifters Equipment LLC; Rooflifters General Contracting, LLC ("Rooflifters"), by their attorneys, pursuant to Fed.R.Civ.P 12(b)(6), hereby move for dismissal of Counts II and III of Plaintiff Clearbrook's Class Action Complaint with prejudice.  In support of their motion, Rooflifters submit herewith the attached memorandum of law.

WHEREFORE, Defendants, Rooflifters, respectfully request entry of an Order dismissing Counts II and III of Plaintiff, Clearbrook's Class Action Complaint with prejudice, and for any further relief this Court deems just and appropriate.

Date:   July 7, 2008

> ROOFLIFTERS, LLC; ROOFLIFTERS HOLDING CORP.; ROOFLIFTERS EQUIPMENT LLC; ROOFLIFTERS GENERAL CONTRACTING LLC; Defendant,
>
> By:     /s/ Stephanie W. Tipton_____
> One of Its Attorneys

Alan I. Becker (00147524)
Stephanie W. Tipton (06270738)
Erin A. Potempa (06283772)
LITCHFIELD CAVO, LLP
303 West Madison Street, Suite 300
Chicago, IL  60606
312-781-6622 (Becker)
312-781-6636 (Tipton)
312-781-6570 (Potempa)
312-781-6630 (fax)

## PROOF OF SERVICE

I, Stephanie W. Tipton, an attorney, hereby certify that the Defendants Rooflifters, LLC; Rooflifters Holding Corp.; Rooflifters Equipment, LLC Motion To Dismiss Counts II And III Of Plaintiff's Class Action Complaint was served on the following:

Daniel A. Edelman
Cathleen M. Combs
James A. Latturner
Tara Goodwin
Julie Clark
Edelman, Combs, Latturner & Goodwin, LLC
120 S. LaSalle St., 18th Fl.
Chicago, IL 60603

via electronic service and by depositing same in the U.S. Mail Chute at 303 West Madison Street, Chicago, Illinois, 60606 on July 7, 2008, before 5:00 p.m., with proper postage prepaid.

/s/Stephanie W. Tipton

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| CLEARBROOK, an Illinois corporation, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 08 CV 3276 |
| | ) | |
| ROOFLIFTERS, LLC; ROOFLIFTERS HOLDING CORP.; ROOFLIFTERS EQUIPMENT LLC; ROOFLIFTERS GENERAL CONTRACTING LLC; and JOHN DOES 1-10, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

<u>**NOTICE OF FILING**</u>

To:    Daniel A. Edelman
       Cathleen M. Combs
       James A. Latturner
       Tara Goodwin
       Julie Clark
       Edelman, Combs, Latturner & Goodwin, LLC
       120 S. LaSalle St., 18th Fl.
       Chicago, IL 60603

     Please take notice that on July 7, 2008, the undersigned filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, Defendants' Motion to Dismiss Counts II and III of Plaintiff's Class Action Complaint, Defendants' Memorandum In Support of Its Motion to Dismiss Counts II and III of Plaintiff's Class Action Complaint and Defendants' Answer to Complaint – Class Action, true and correct copies of which is attached hereto and hereby served upon you.

Dated July 7, 2008

                          Respectfully submitted,

                          ROOFLIFTERS, LLC; ROOFLIFTERS HOLDING CORP.; ROOFLIFTERS EQUIPMENT LLC; ROOFLIFTERS GENERAL CONTRACTING LLC,
                          Defendant

            By:        /s/ Stephanie W. Tipton
                          One of Its Attorneys

1

## <u>CERTIFICATE OF SERVICE</u>

I, Stephanie W. Tipton, an attorney, under oath, certify that I served a copy of Defendants' Motion to Dismiss Counts II and III of Plaintiff's Class Action Complaint, Defendants' Memorandum In Support of Its Motion to Dismiss Counts II and III of Plaintiff's Class Action Complaint and Defendants' Answer to Complaint – Class Action upon:

Daniel A. Edelman
Cathleen M. Combs
James A. Latturner
Tara Goodwin
Julie Clark
Edelman, Combs, Latturner & Goodwin, LLC
120 S. LaSalle St., 18th Fl.
Chicago, IL 60603

by electronic filing and causing copies of the same to be placed in U.S. mail, postage pre-paid this 7th day of July, 2008

_____/s/ Stephanie W. Tipton_____
Stephanie W. Tipton

Alan I. Becker (00147524)
Stephanie W. Tipton (06270738)
Erin A. Potempa (06283772)
LITCHFIELD CAVO LLP
303 West Madison Street, Suite 300
Chicago, IL  60606
312-781-6636 (Tipton)
312-781-6630 (fax)