IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CLEARBROOK, an Illinois corporation, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 08 CV 3276 |
| | ) | |
| ROOFLIFTERS, LLC; ROOFLIFTERS HOLDING CORP.; ROOFLIFTERS EQUIPMENT LLC; | ) | Judge Kocoras |
| | ) | |
| ROOFLIFTERS GENERAL CONTRACTING LLC; and JOHN DOES 1-10, | ) | Magistrate Judge Cox |
| | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

TO:  Daniel A. Edelman
     Cathleen M. Combs
     James A. Latturner
     Tara L. Goodwin
     Heather Kolbus
     Edelman, Combs, Latturner & Goodwin, LLC
     120 S. LaSalle St., 18th Fl.
     Chicago, IL 60603

PLEASE TAKE NOTICE that on Wednesday, **July 23, 2008 at 9:30 a.m**. or as soon thereafter as counsel may be heard, I shall appear before Judge Charles P. Kocoras, **Room 2541** in the United States District Court for the Northern District of Illinois and then there present **Defendants Rooflifters, LLC; Rooflifters Holding Corp.; Rooflifters Equipment, LLC's Motion to Dismiss Counts II and III of Plaintiff's Class Action Complaint,** a true copy of which is attached hereto and hereby served upon you.

Respectfully submitted,

By: /s/Stephanie W. Tipton
One of Its Attorneys

Alan I. Becker
Stephanie W. Tipton
LITCHFIELD CAVO LLP
303 West Madison Street, Suite 300
Chicago, IL  60606
312-781-6636
312-781-6630 (fax)

## **PROOF OF SERVICE**

    I, Stephanie W. Tipton, an attorney, hereby certify that the attached documents were served to the above mentioned attorney via electronic service and by depositing same in the U.S. Mail Chute at 303 West Madison Street, Chicago, Illinois, 60606 on July 10, 2008, before 5:00 p.m., with proper postage prepaid.

                                                                   /s/Stephanie W. Tipton