# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| CLEARBROOK, an Illinois corporation, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | 08 C 3276 |
| ROOFLIFTERS, LLC; ) | |
| ROOFLIFTERS HOLDING CORP.; ) | Judge Kocoras |
| ROOFLIFTERS EQUIPMENT LLC; ) | |
| ROOFLIFTERS GENERAL CONTRACTING ) | Magistrate Judge Cox |
| LLC; and JOHN DOES 1-10, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF MOTION

**TO**:   Please see Certificate of Service.

      **PLEASE TAKE NOTICE** that on July 22nd, 2008, at 9:30 a.m., we shall appear before Judge Kocoras in Room 1725 of the Everett McKinley Dirksen United States Courthouse for the Northern District of Illinois, Eastern Division, and then and there present: **PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT,** a copy of which is attached and hereby served upon you.

                                                                /s/Julie Clark
                                                                Julie Clark

## CERTIFICATE OF SERVICE

I, Julie Clark, certify that on July 11, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Stephanie W. Tipton
tipton@litchfieldcavo.com

                                                /s/Julie Clark
                                                Julie Clark

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Julie Clark
EDELMAN, COMBS, LATTURNER
      & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)