IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CLEARBROOK, an Illinois corporation, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 08 CV 3276 |
| | ) | |
| ROOFLIFTERS, LLC; ROOFLIFTERS HOLDING CORP.; ROOFLIFTERS EQUIPMENT LLC; ROOFLIFTERS GENERAL CONTRACTING LLC; and JOHN DOES 1-10, | ) ) ) ) | Judge Kocoras  Magistrate Judge Cox |
| | ) | |
| Defendants. | ) | |

## AMENDED NOTICE OF MOTION

TO:   Daniel A. Edelman
      Cathleen M. Combs
      James A. Latturner
      Tara L. Goodwin
      Heather Kolbus
      Edelman, Combs, Latturner & Goodwin, LLC
      120 S. LaSalle St., 18th Fl.
      Chicago, IL 60603

PLEASE TAKE NOTICE that on Tuesday**, July 22, 2008 at 9:30 a.m**. or as soon thereafter as counsel may be heard, I shall appear before Judge Charles P. Kocoras, **Room 1725** in the United States District Court for the Northern District of Illinois and then there present **Defendants Rooflifters, LLC; Rooflifters Holding Corp.; Rooflifters Equipment, LLC's Motion to Dismiss Counts II and III of Plaintiff's Class Action Complaint,** a true copy of which is attached hereto and hereby served upon you.

                              Respectfully submitted,

                              By:   /s/Stephanie W. Tipton
                                    One of Its Attorneys

Alan I. Becker
Stephanie W. Tipton
LITCHFIELD CAVO LLP
303 West Madison Street, Suite 300
Chicago, IL  60606
312-781-6636
312-781-6630 (fax)

## **PROOF OF SERVICE**

I, Stephanie W. Tipton, an attorney, hereby certify that the Amended Notice of Motion for Defendant's Motion to Dismiss Counts II and III of Plaintiff's Class Action Complaint was served to the above mentioned attorneys via electronic service and by depositing same in the U.S. Mail Chute at 303 West Madison Street, Chicago, Illinois, 60606 on July 15, 2008, before 5:00 p.m., with proper postage prepaid.

/s/Stephanie W. Tipton