UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Clearbrook
                    Plaintiff,
v.                                              Case No.: 1:08−cv−03276
                                                Honorable Charles P. Kocoras
RoofLifters, LLC, et al.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 22, 2008:

MINUTE entry before the Honorable Charles P. Kocoras:Motion hearing held on 7/22/2008. Plaintiff's motion [21] for leave to file an Amended Complaint (Doc 21−2) is granted. Defendants' motion [13] to dismiss Counts II and III of plaintiff's original complaint is withdrawn. Status hearing is reset from 7/24/2008 to 9/4/2008 at 9:30 a.m.Mailed notice(sct, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.