IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CLEARBROOK, an Illinois corporation, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | 08 C 3276 |
| ROOFLIFTERS, LLC; ) | |
| ROOFLIFTERS HOLDING CORP.; ) | Judge Kocoras |
| ROOFLIFTERS EQUIPMENT LLC; ) | |
| ROOFLIFTERS GENERAL CONTRACTING ) | Magistrate Judge Cox |
| LLC; and JOHN DOES 1-10, ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S LOCAL RULE 3.2 STATEMENT**

Plaintiff, Clearbrook, an Illinois Corporation, is a privately held entity. It does not have any publicly held affiliates.

    /s/ Julie Clark
    Julie Clark

Daniel A. Edelman
Cathleen M. Combs
Tara Goodwin
Michelle R. Teggelaar
Dulijaza Clark
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 South LaSalle Street, Suite 1800
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)
Atty. No. 41106

**CERTIFICATE OF SERVICE**

   I, Julie Clark, certify that on July 22, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Stephanie W. Tipton
tipton@litchfieldcavo.com


               /s/Julie Clark
               Julie Clark

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Julie Clark
EDELMAN, COMBS, LATTURNER
  & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)